UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JEREZ, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br>v.<br><br>REVATURE, LLC,<br><br>                                        Defendant. | Case No.: 1:21-cv-4669 (KAM)(TAM)<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Maria Jerez and Defendant Revature, LLC, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
(213) 629-2512, ext. 133

By: _/s/ Andrés R. Holguin-Flores_
Thomas A. Saenz
Leticia Saucedo
Andrés R. Holguin-Flores

Dated: July 11, 2022

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4021

By: _[signature]_
Jason A. Zoldessy
Allison M. Benz

Dated: July 11, 2022

ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
Hon. Kiyo A. Matsumoto, U.S.D.J.

Dated: _____, 2022
        Brooklyn, New York